IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Lawrence Remsen, et al.,

    Plaintiff,                      No. CIV S-02-2587 FCD PAN P

    vs.

Edward S. Alameida, Jr., et al.,

    Defendants                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 1, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiffs and which contained notice that any objections to the findings and recommendations were to be filed within twenty days.  June 16, 2005, plaintiffs filed a "motion for resonsideration" which the court construes as objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 1, 2005, are adopted in full; and

2. This action is dismissed for failure to state a claim.  Fed. R. Civ. P. 12.

DATED: June 24, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge