United States District Court

Eastern District of California

Lawrence Remsen, et al.,

    Plaintiffs,                    No. Civ. S 02-2587 FCD PAN P

  vs.                              Order

Edward Alameida, et al.,

    Defendants.

-oOo-

June 13, 2005, plaintiffs filed a "motion for reconsideration" which the court construed as objections to June 1, 2005, findings and recommendations of dismissal. Judgment was entered June 27, 2005. July 5, 2005, plaintiffs filed a "motion for judicial notice of newly discovered evidence." The "evidence" consists of legal materials plaintiffs assert support their position. The court does not construe the July 5, 2005, motion as one of the type listed under FRAP 4(A); in any event the motion is denied.

1  So ordered.

2  The Clerk of the Court shall serve this order on plaintiffs
3 and on the court of appeals.

4  Dated:  February 7, 2006.

```
                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge
```