IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE REMSEN, et al.,

      Plaintiffs,                        No. CIV S-02-2587 FCD PAN P

   vs.

EDWARD S. ALAMEIDA, JR., et al.,

      Defendants.              ORDER

_____/

      Plaintiffs, several state prisoners, filed this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. Judgment was entered in this action on June 27, 2005. On July 5, 2005, plaintiffs filed a notice of appeal. On July 15, 2005, plaintiffs filed motions for leave to proceed in forma pauperis on appeal. On September 23, 2005, the court of appeals received notice that the filing fee for the appeal had been paid. (See Court of Appeals Docket # 05-16294.)[1] It does not appear that further fees are required to prosecute the pending appeal. Plaintiffs motions for leave to proceed in forma pauperis on appeal will therefore be denied without prejudice.

/////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

On February 21, 2006, plaintiffs filed a document styled as objections to findings and recommendations by the magistrate judge. The record reflects that on February 8, 2006, the magistrate judge issued an order denying a motion filed by plaintiffs on July 5, 2005, the same day on which they filed their notice of appeal. The court construes plaintiffs' February 21, 2006 filing as a request for reconsideration of the magistrate judge's February 8, 2006 order.

Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. The order of the magistrate judge will therefore be affirmed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiffs' July 15, 2005 motions to proceed in forma pauperis on appeal are denied without prejudice;

2. Plaintiffs' February 21, 2006 objections are construed as a request for reconsideration of the magistrate judge's February 8, 2006 order;

3. Upon reconsideration, the February 8, 2006 order of the magistrate judge is affirmed; and

4. The Clerk of the Court is directed to send a copy of this order to the United States Court of Appeals for the Ninth Circuit.

DATED: April 6, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge